By the Court.
 

 The first two errors assigned
 
 in.:
 
 this court are that the Court of Appeals committed, error in denying appellants a trial
 
 de novo,
 
 and that, such court committed error in refusing to admit additional evidence.
 
 Youngstown Municipal Ry. Co.
 
 v.
 
 City of Youngstown,
 
 147 Ohio St., 221, 70 N. E. (2d), 649, is cited by appellants.
 

 That case decided that, unless and until the General-Assembly changes the appellate jurisdiction of the-Courts of Appeals, their appellate jurisdiction remains' as it was on November 7, 1944, the time the amendment of Section 6, Article IV. of the Constitution of' Ohio was adopted.
 

 The plaintiffs in the present action for specific performance were entitled to a trial
 
 de novo
 
 in the Court of Appeals.
 

 For error in sustaining the motion to dismiss the-appeal on questions of law and fact, the judgment of' the Court of Appeals is.reversed and the cause is remanded to that court for a trial
 
 de novo.
 

 Judgment reversed.
 

 Weygandt, C. J., Turner, Matthias, Hart,. Zimmerman, Sohngen and Stewart, JJ., concur.